**CLOSED**

NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN C. "JACK" BOYLE, : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| : | Civil Action No.06-CV-2715 (DMC) |
| MOLSON COORS BREWING : | |
| COMPANY, PRICE WATERHOUSE : | |
| COOPERS LLP, UNKNOWN : | |
| DEFENDANT(S) : | |
| : | |
| Defendants. : | |
| : | |

  This matter coming before the Court upon Defendants' Molson Coors Brewing Company and Price Waterhouse Coopers LLP motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and motion to dismiss pursuant to Federal Rules of Civil Procedure 41(b) and by Plaintiff John C. "Jack" Boyle for leave to file an amended complaint; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

  IT IS on this 11th day of September, 2007;

  **ORDERED** that Defendants' motion for summary judgment is **granted**;

  **ORDERED** that Defendants' motion to dismiss is **denied**; and it is further

  **ORDERED** that Plaintiff's motion for leave to file an amended complaint is **denied**.

               S/ Dennis M. Cavanaugh
               Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |